IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
vs.                                )          Case No. 07-05062-11-CR-SW-ODS
                                   )
DANIEL JEFFREY McCANN,             )
                                   )
            Defendant.             )

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

On April 3, 2008, the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's Motion to Suppress (Doc. # 153) be denied. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). Accordingly, Judge England's Report and Recommendation (Doc. # 196) is adopted as the Order of the Court, and Defendant's Motion to Suppress is denied.

IT IS SO ORDERED.


                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
DATE: April 28, 2008                    UNITED STATES DISTRICT COURT